IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00690-LTB

GRETCHEN NIGHTINGALE,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 25, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 25 day of April, 2013.

                               FOR THE COURT,

                               JEFFREY P. COLWELL, Clerk

                               By: s/ S. Grimm
                                   Deputy Clerk